No. 01–9656.  YOULA, AKA FOFANA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 01–9658.  GONZALEZ LORA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–9660.  JACKSON v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 01–9662.  MATTHEWS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–9666.  NICHOLSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–9667.  PARKS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–9669.  PIRTLE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–9673.  ROBERTS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–9677.  SCRUGGS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–9682.  ASHTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–9683.  BIBBS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–9684.  MCCARTHY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–9689.  GIORGIES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–9690.  HUTCHERSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–9695.  WESTBROOK v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–9699.  WALKER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.